Kirk A. Pasich (SBN 94242)
kpasich@linerlaw.com
Iman G. Wilson (SBN 280806)
iwilson@linerlaw.com
LINER LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOE L. JONES and DARYL WEIN,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut corporation,<br><br>　　　　　Defendant. | **Case No. 2:16-cv-03272-FMO-AFM**<br><br>Case assigned to:<br>Hon. Fernando M. Olguin<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

# ORDER

Pursuant to the Stipulation of Dismissal with Prejudice filed by plaintiffs Zoe L. Jones and Daryl Wein and defendant Travelers Commercial Insurance Company, this lawsuit and all claims asserted in this lawsuit are hereby dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 1, 2016

By:       /s/
     FERNANDO M. OLGUIN
     United States District Judge